

NOV - 6 2012

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVAN KRAL, an individual, and BLANK GENERATION, LLC, a Michigan limited liability company,

        Plaintiffs,

vs.

AMOS POE,

        Defendant.
_____/

Case No. 5:11-cv-13198-JCO-MKM

Hon. John Corbett O'Meara

### ORDER GRANTING
### PLAINTIFFS' MOTION FOR SUPPLEMENTAL RELIEF AND
### PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF

For reasons stated in open Court on November 1, 2012,

IT IS HEREBY ORDERED:

1.    Plaintiffs' motion for supplemental relief filed on August 31, 2012 is granted.

2.    Plaintiffs' motion for injunctive relief filed on October 5, 2012 is granted.

3.    Plaintiffs are awarded from defendant Amos Poe the additional sum of $103,121.15 in attorney fees and $4,190.78 in costs, for a total of $107,311.93.

4.    Defendant Amos Poe is hereby enjoined and restrained from displaying the films Unmade Beds (1976), The Foreigner (1978), Empire II (2007) and Subway Riders (1981) until further order of the Court, including, but not limited to, Poe's proposed screening of The Foreigner (1978) and Empire II (2007) at New Museum Theater on Thursday, December 6, 2012 at 7:00 p.m. and Saturday, December 9, 2012 at 3:00 p.m., respectively. This injunction order is

binding on all persons acting in concert or privity with Poe and on all persons who receive actual notice of this injunction order.

     5.    This order is certified as final under Rule 54, Fed. R. Civ. P. The Court retains jurisdiction to provide plaintiffs with such additional, supplemental relief to which they may be entitled.

Date: November 6, 2012

John Corbett O'Meara
United States District Judge